1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10    DASHEL MARCELLUS JOHNSON,                    Case No. 1:14-cv-01126-LJO-SKO (PC)

11                     Plaintiff,                  ORDER DISMISSING ACTION FOR
                                                   FAILURE TO  KEEP COURT APPRISED
12           v.                                    OF CURRENT ADDRESS

13    C. HAMILTON, et al.,

14                     Defendants.

       _____/

15

16         Plaintiff Dashel Marcellus Johnson, a state prisoner proceeding pro se and in forma

17   pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 18, 2014.   On

18   September 8, 2014, the Court issued an order which was subsequently returned on September 19,

19   2014, by the United States Postal Service as undeliverable.

20         Plaintiff is required to keep the Court apprised of his current address at all times, and Local

21   Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by

22   the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within

23   sixty-three (63) days thereafter of a current address, the Court may dismiss the action without

24   prejudice for failure to prosecute."   Federal Rule of Civil Procedure 41(b) also provides for

25   dismissal of an action for failure to prosecute.[1]

26   ///

27

28   _____
     [1] Courts may dismiss actions sua sponte under Rule 41(b) based on the plaintiff's failure to prosecute.  *Hells Canyon Preservation Council v. U. S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (citation omitted).

1    Plaintiff's address change was due by November 21, 2014, but he failed to file one and he
2  has not otherwise been in contact with the Court.  Fed. R. Civ. P. 6(d); Local Rule 183(b).  "In
3  determining whether to dismiss an action for lack of prosecution, the district court is required to
4  consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the
5  court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy
6  favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions."
7  *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988) (internal quotation marks and citation
8  omitted);  *accord Omstead v. Dell, Inc.*, 594 F.3d 1081, 1084 (9th Cir. 2010); *In re*
9  *Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006).
10  These factors guide a court in deciding what to do, and are not conditions that must be met in
11  order for a court to take action.  *In re PPA*, 460 F.3d at 1226 (citation omitted).

12    The expeditious resolution of litigation and the Court's need to manage its docket weigh in
13  favor of dismissal.  *Id.* at 1227.  Further, an opposing party is necessarily prejudiced by the aging
14  of a case left to idle indefinitely as a result of the plaintiff's disinterest in either moving forward or
15  taking action to dismiss the case.  *Id.*

16    With respect to the fourth factor, "public policy favoring disposition of cases on their
17  merits strongly counsels against dismissal," but "this factor lends little support to a party whose
18  responsibility it is to move a case toward disposition on the merits but whose conduct impedes
19  progress in that direction."  *Id.* at 1228.

20    Finally, given the Court's and Defendant's inability to communicate with Plaintiff, there
21  are no other reasonable alternatives available to address Plaintiff's failure to prosecute.  *In re PPA,*
22  460 F.3d at 1228-29; *Carey*, 856 F.2d at 1441.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

1    Accordingly, the Court HEREBY DISMISSES this action, without prejudice, based on

2    Plaintiff's failure to prosecute by keeping the Court apprised of his current address.  Fed. R. Civ.

3    P. 41(b); Local Rule 183(b).

4

5    IT IS SO ORDERED.

6    Dated:   __December 2, 2014__           ____/s/ Lawrence J. O'Neill__
                                              UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3